UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-cr-495 (ABJ) |
| v. | : | |
| | : | |
| DANIEL GRAY, | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court for an extension of time in which to file its response to Defendant Gray's "Motion for Required Disclosure of Potentially Exculpatory Information." (ECF. No. 53). Defendant Gray filed the motion on October 21, 2022, and the government's response is due on November 4, 2022.

//
//
//
//
//
//
//
//
//

The government requests a one-week extension until November 11, 2022, to file its response. Undersigned counsel has conferred with counsel for Defendant Gray, who does not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona Bar No. 016742
United States Attorney's Office, Detailee
601 D Street, N.W.
Washington, DC 20530
Phone: (602) 514-7500
E-mail: jacqueline.schesnol@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 3rd day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant United States Attorney